UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VIRGINIA LYNN, an individual

    Plaintiff,

v.                                           Case No: 2:15-cv-161-FtM-38DNF

LEE MEMORIAL HEALTH SYSTEM,

    Defendant.
_____/

### ORDER[1]

    This matter comes before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. #12) filed on May 26, 2015. Plaintiff filed a response in opposition and an Amended Complaint on June 5, 2015. (Doc. #14; Doc. #13). In light of Rule 15 of the Federal Rules of Civil Procedure, the motion to dismiss is now moot in light of the amended complaint. See Fed.R.Civ.P. 15; see also Deering v. Federal Aviation Admin., No. 8:12-CV-2163-T-17AEP, 2013 WL 3864349, at *3 (M.D. Fla. July 24, 2013) (mentioning that when a plaintiff filed an amended complaint pursuant to Rule 15(a)(1)(B) rather than a response to a motion to dismiss, the court denied the underlying motion to dismiss as moot).

    Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. #12) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of June, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record